Honorable Judge Thomas S. Kleeh,
US District Judge
500 W. Pike Street
Clarksburg, WV 26301

FILED
AUG 01 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Joshua D. Armstrong
1:20CR69
IN# 13204-509
55 Columbia Boulevard Clarksburg, WV 26301

Dear your Honor Kleeh,

I am Requesting your help to have the ammendsments of my sentencing transcribed and added to pacer. Also to obtain a copy for myself to be sent to me at my current address. I will pay for all the expenses of this action.

The reason I am contacting you is I was told I had to request in writing to get this action approved.

On May 5th my lawyer said the ammendment to my sentence was not transcribed due to not appealing your judement.

After my sentencing I recall you stating "You had never did this in your whole career. And I was not the man you thought you would see that day. And I carried that with me throughout my incarceration.

Honorable Judge Kleeh, That ammendment being transcribed. Would help me better my life right now. So very much. If I was able to have your Ammendment added to pacer, I could work with my parole officers to accept a job offer. Coastal Drilling Tim Nestor has accepted my application. To be a Oil deckhand. The pay is $22.00 an hour. But I have to watch and take a 10 hour OSHA Class. That Dismas will not allow me to take. I have had alot of problem with my paperwork upon surrending to Fort Dix, NJ. I took every document I had recieved with me that day. Upon arrival, I was yelled at because my lawyer did not send me the paper they needed. After Quarntine my mother contacted Mr Kornbrath, For the next 2 weeks I was in General Population. When I was transfered to RDAP the intake officer. Stated somebody had really messed up my paperwork. That I should have been in the Satellite Camp. Then when I was released I thought I was going to a halfway house a few days until Parole Officers was assigned to set up home confiment. My current couselor tells me if he

can get a copy of your ammendment to my sentence. Dismas will allow me to leave. So I can better my life. Due to my rescrictions here, I am unable to even use the computer to take my osha class. Also why this letter is handwritten. I apologize. I am currently working at Preston County Workshop in Reedsville, WV. Thankfully he hired me with a handwritten application. I was so limited here. No internet in getting a job in 2022 is nearly impossible. And no camera no internet cell phone.

Also I was never diagnosed with Austim until my mental evaluation for court. Which the structured program of BDAP at Fort Dix helped my mental health so much. I would like to attend therapy to learn coping mecathisms for Autism so my Mother does not have to speak for me and do so much that I could learn to do. The constant yelling and environment here at Dismas was breaking me again mentally.

Thank you for your time and you can contact me at Dismas or my Mother Bonnie Armstrong (304)931-0042 for payment or questions.

Sincerely

*Josh Armstrong*

Joshua Dylan Armstrong