**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                     **CRIMINAL NO. 1:20-CR-69
(KLEEH)**

**JOSHUA DYLAN ARMSTRONG,**

    **Defendant.**

### ORDER

On August 1, 2022, Defendant Joshua Dylan Armstrong ("Defendant") filed a pro se motion for a sentencing transcript. The Court **GRANTS** the motion [ECF No. 30]. The court reporter is **DIRECTED** to provide Defendant with an estimated cost of producing his sentencing transcript. The Court permits the court reporter to release the sentencing transcript upon proper payment of its cost by Defendant.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record; to the court reporter, Jill Cutter; and to the pro se Defendant via certified mail, return receipt requested.

DATED: August 2, 2022

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA