

**U.S. Postal Service**™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____

Joshua Dylan Armstrong
13204-509
Dismas Charities
55 Columbia Blvd
Clarksburg, WV 26301
1:20cr69 DE 31 8/2/2022

*City, State, ZIP+4®*

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7021 1970 0000 0754 0461